LILLIAN NORRIS ROSS V. THE STATE.

No. 23110. Delivered May 9, 1945.

The opinion states the case.

*J. W. McCullough,* of McKinney, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

Notice of appeal appearing only as a docket memorandum, the appeal is dismissed for want of jurisdiction. Art. 827, C.C.P.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.